■   In the Matter of PUBLIC INTEREST LAW FOUNDATION, INC.—Application for an order approving proposed group legal services plan organized by movants or, in the alternative, for a declaration that the activities contemplated by petitioners are not in violation of nor come within the prohibitions of section 495 of the Judiciary Law and that petitioning corporation has designed a legal service plan under which the corporation is not engaged in the practice of law denied. *(Matter of Connors,* 57 AD2d 580.) Concur— Kupferman, J. P., Lupiano, Birns, Silverman and Evans, JJ.